AO91 (Rev. 12/03)  Criminal Complaint                                                    AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| | Case Number: 7:13-po-02582 |

Franklin Geovanni RODRIGUEZ-Jimenez
IAE A098 997 465
El Salvador 1986

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about __March 23, 2013__ in _____**Hidalgo**_____ County, in

the _____**Southern District Of Texas**_____ defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title _____**8**_____ United States Code, Section(s) _____**1325(a)(1)**_____

I further state that I am a(n) ____Border Patrol Agent____ and that this complaint is based on the

following facts:

**Franklin Geovanni RODRIGUEZ-Jimenez was encountered by Border Patrol Agents near Hidalgo, Texas on March 23, 2013.  When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on March 23, 2013, by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes    ☒ No

/S/  Gessler, Howard  Border Patrol Agent
Signature of Complainant

Gessler, Howard     Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 24, 2013                                          at     McAllen, Texas
Date                                                              City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge          Title of Judge                              Signature of Judge